UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 OF NEW JERSEY PENSION & ANNUITY FUNDS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN EDDIS CONSTRUCTION, LCC, ET AL.<br><br>Defendants. | Civil No. 12-0044 (NLH/JS)<br><br>**ORDER** |

**HILLMAN, District Judge**:

**AND NOW,** upon consideration of the Amended Complaint [Doc. No. 6] and Motion for the Default Judgment of Plaintiffs Bricklayers and Allied Craftworkers Local 5 of New Jersey Pension and Annuity Funds and Richard E. Tolson, as trustee and fiduciary of the Funds [Doc. No. 11]; and

The Court noting that, despite being twice properly served with summons and a complaint, Defendants have failed to in any way respond to Plaintiffs' pleadings or otherwise defend; and

The Court further finding that it can see no reason for Defendants' default other than their own conduct;

Accordingly, for the reasons expressed in the adjoining Opinion, **IT IS HEREBY** on this  26th  day of    March    , 2013,

**ORDERED** that:

    (1) Plaintiffs' Motion for Default Judgment as to Defendants John Eddis Construction, LLC and JPE Construction, Inc. is **GRANTED;** and

    (2) The Clerk of the Court is directed to enter the judgment of default in the amount of $6,177.84 against said Defendants; and

    (3) The Clerk of Court is hereby directed to mark this case as **CLOSED.**

It is **SO ORDERED.**

*/s/ Noel L. Hillman*

At Camden, New Jersey    NOEL L. HILLMAN, U.S.D.J.